AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SUSAN BOWEN,<br><br>*Plaintiff(s)*<br>v.<br><br>KRONOS BIO, INC., ARIE S. BELLDEGRUN, NORBERT BISCHOFBERGER, ROSHAWN BLUNT, ROGER DANSEY, JOSHUA KAZAM, ELENA H. RIDLOFF, KATHERINE VEGA STULTZ, DAVID M. TANEN, and TAIYIN YAN,<br>*Defendant(s)* | Civil Action No. 3:25-cv-04322-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KRONOS BIO, INC., ARIE S. BELLDEGRUN, NORBERT BISCHOFBERGER, ROSHAWN BLUNT, ROGER DANSEY, JOSHUA KAZAM, ELENA H. RIDLOFF, KATHERINE VEGA STULTZ, DAVID M. TANEN, and TAIYIN YANG,

1300 So. El Camino Real
Suite 400
San Mateo, CA 94402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evan J. Smith
BRODSKY SMITH
9465 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 21, 2025

CLERK OF COURT

Mark B. Busby

*Signature of Clerk or Deputy Clerk*